

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br><br><br>**Kahjai Monai ALFORD,**<br>**Joshua Jay JOHNSON,**<br><br><br><br>　　　　　　　Defendants. | Magistrate Docket No. **24-mj-00961**<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8, USC 1324(a)(1)(A)(ii)<br>Transportation of Illegal Aliens;<br>Title 18, U.S.C., Sec. 922(g)(1) Felon In<br>Possession of A Firearm |

The undersigned complainant being, duly sworn, states:

## COUNT 1

On or about March 07, 2024, within the Southern District of California, defendants Kahjai Monai ALFORD and Joshua Jay JOHNSON, knowing or in reckless disregard of the fact that certain aliens, namely, Adolfo Hernandez-Garcia, C.L.L. (a juvenile), and U.H.R. (a juvenile), had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

## COUNT 2

On or about March 07, 2024, within the Southern District of California, defendants Kahjai Monai ALFORD and Joshua Jay JOHNSON knowing they were previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, having been shipped or transported from one state to another or between a foreign nation and the United States, a firearm, to wit: a Beretta 9 mm semi-automatic pistol, serial number A162882Z in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 3

On or about March 07, 2024, within the Southern District of California, defendants Kahjai Monai ALFORD and Joshua Jay JOHNSON knowing they were previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, having been shipped or transported from one state to another or between a foreign nation and the United States, a firearm, to wit: an Interams, Model Rossi .357 Magnum Revolver, serial number F034997, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

_____
SIGNATURE OF COMPLAINANT
James T. Burns
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH    FEDERAL RULE OF CRIMINAL PROCEDURE 4.1,  ON MARCH 8, 2024.

_____
HON. MICHELLE M. PETTIT
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
 Kahjai Monai ALFORD,
 Joshua Jay JOHNSON

## PROBABLE CAUSE STATEMENT

The complainant states that Adolfo HERNANDEZ-Garcia, C.L.L, and U.H.R, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On March 7, 2024, Border Patrol Agents C. Evangelou, J. Ordonez, and A. Cherry were performing assigned duties in the Campo Border Patrol Sation's area of responsibility. Agent Evangelou was dressed in full rough duty uniform with agency badge and insignia visible driving a marked service vehicle. Agents Ordonez and Cherry were dressed in plain clothes with agency issued ballistic vest and driving unmarked service vehicles.

At approximately 7:28 AM, Agent Evangelou was driving on State Route 94 (CA-94) near Forrest Gate Road when a local resident got his attention by waiving and pointing frantically to a gray Honda Civic eastbound on CA-94. Agent Evangelou attempted to catch up to the Civic, but the driver was driving recklessly by going over the speed limit and passing vehicle in no passing zones. Agent Evangelou informed agents via service radio of his observations and the Civic's travel route. Agent Evangelou lost sight of the Civic for a short moment and upon clearing a blind curve, he observed three individuals running across CA-94 near Shockey Truck Trail and the Civic accelerating away at a high rate of speed.

Agent Evangelou stopped and approached the three individuals later identified as material witnesses Adolfo HERNANDEZ-Garcia, C.L.L, and U.H.R, both juveniles. This location is approximately 3 miles north of the United States/Mexico International Boundary and approximately 12 miles east of the Tecate, California Port of Entry. Agent Evangelou conducted an immigration inspection and HERNANDEZ, C.L.L, and U.H.R stated that they are citizens of Mexico without the proper documents allowing them to enter or remain in the Unites States legally. At approximately 7:31 AM, Agent Evangelou placed HERNANDEZ, C.L.L, and U.H.R under arrest. Agent Evangelou informed agents of the events.

Agent Ordonez had heard the radio traffic from Agent Evangelou and was on the look out for the Civic. At approximately 7:38 AM, Agent Ordonez observed the Civic on Church Road and began to follow the vehicle. Agent Ordonez observed the Civic accelerate at high rate of speed and informed agents via service radio. Agent Cherry responded to the area and set up a vehicle immobilization device (VID) on Church Rd. and Old Highway 80 to prevent a fail to yield. As

**CONTINUATION OF COMPLAINT:**
**Kahjai Monai ALFORD,**
**Joshua Jay JOHNSON**

the Civic approached Agent Cherry's location, he successfully deployed the VID and the Civic came to a full stop. Agent Ordonez and Cherry detained the driver later identified as defendant Kahjai Monai ALFORD and front passenger later identified as defendant Joshua Jay JOHNSON. This location is approximately 7 miles north of the United States/Mexico International Boundary and approximately 13.5 miles east of the Tecate, California Port of Entry.

Agent Evangelou arrived on scene and confirmed that the Civic was the vehicle he was following. At approximately 7:41 AM, Agent Evangelou placed ALFORD and JOHNSON under arrest.

At approximately 9:20 AM, while conducting an inventory search of the Civic, Border Patrol Agent A. Guzman found a Interams Rossi .357 magnum revolver loaded with 5 rounds under the front passenger seat. Agent Guzman also found a Berretta 9mm loaded with 17 rounds tucked between the driver seat and center console. The Interams Rossi firearm and the Berretta firearm were both seized and inspected. Preliminary checks revealed that neither firearm was manufactured in California. Therefore, the firearms traveled in, and/or affected interstate commerce to arrive in the state of California.

Record checks revealed that ALFORD had been convicted of felony grand theft on October 7, 2022 in Westminster, California.

Record checks also revealed that JOHNSON had been convicted of felony infliction of corporal injury to spouse/cohabitant on April 7, 2022 in Los Angeles, California Supreme Court.

The defendant Joshua Jay JOHNSON was read his Miranda rights and stated that he understood his right and was willing to speak without an attorney present. JOHNSON stated he was asleep in the car the whole time and only woke up when the vehicle was spiked.

On the above date, material witnesses, Adolfo HERNANDEZ-Garcia, C.L.L. (a juvenile), and U.H.R. (a juvenile), stated they are citizens of Mexico without any immigration documents allowing them to enter or remain in the United States legally. HERNANDEZ, C.L.L., and U.H.R. stated they crossed the border today March 7, 2024, by climbing over the border fence using a ladder and a rope. HERNANDEZ stated that his brother made the smuggling arrangements, but he does not know for how much. C.L.L. stated his family made smuggling arrangements and agreed to pay a smuggling fee of $150,000 Mexican Pesos, approximately $9,000 USD. U.

**CONTINUATION OF COMPLAINT:**
 Kahjai Monai ALFORD,
 Joshua Jay JOHNSON

H.R. stated his family made his smuggling arrangements but does not know the amount of the smuggling fee. HERNANDEZ and U.H.R. stated they were given booties to cover their shoes. HERNANDEZ and U.H.R. stated they were instructed to walk north through the brush until they reached a road where a load vehicle would be parked.

HERNANDEZ and U.H.R. stated they reached the road and saw a gray/brown sedan parked on the road.  HERNANDEZ stated they ran to the sedan and entered through the rear passenger side.  HERNANDEZ and U.H.R. stated the sedan was occupied by two people.  HERNANDEZ and U.H.R. stated the male was sitting in the passenger seat and described him as black with long hair and spoke only English and wearing a white shirt and white sweatpants. HERNANDEZ and U.H.R. stated the female was the driver and described her as black or dark brown skin, middle-aged, and spoke English.  C.L.L. stated that after crossing into the U.S., they walked until they reached a road, there they pulled a vehicle over and got inside the vehicle. C.L.L. stated that the vehicle they pulled over was a white truck. C.L.L. stated that the entire group jumped inside the bed of the truck. U.H.R. stated they ran towards the car and entered it through the rear driver's side.

HERNANDEZ stated he did not put his seatbelt on, and they drove for approximately 3-5 minutes before the driver and passenger yelled at them in English and hand signaled to them to exit the vehicle.  HERNANDEZ stated he was scared when he was instructed to exit the vehicle because he did not want to get caught.  HERNANDEZ stated they exited the vehicle and the driver and passenger drove off.  HERNANDEZ stated they were apprehended by Border Patrol Agents. U.H.R.  stated they were instructed to duck down in possibly English and by finger pointing.  U.H.R.  stated they drove for approximately 5 minutes before he heard one of the occupants, he thinks the driver, say, "go go go."  U.H.R. stated they exited the car and Border Patrol Agents arrived approximately 2 minutes later.

U.H.R. was shown a photographic lineup of six individuals, including the passenger of the vehicle, Joshua Jay JOHNSON who was photo lineup #1 and five other males. U.H.R. was able to identify JOHNSON in the photo lineup.  U.H.R. signed the Witness Identification Response of Photographic Display.